STATE OF CONNECTICUT *v.* GERALD GERARDI

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*James F. Bingham,* in support of the petition.

Submitted July 22—decided July 28, 1970

PLANNING AND ZONING COMMISSION OF THE TOWN OF MIDDLEFIELD ET AL. *v.* ZEMEL BROTHERS, INC., ET AL.

The application filed by Middleton Arts International, Inc., dated July 29, 1970, entitled "Petition for Review", reciting the issuance of a temporary injunction by the Honorable Aaron J. Palmer, a judge of the Superior Court, and requesting that this court meet in special session "to consider modifying or staying such injunction" is dismissed for the following reasons:

(1)   The petition is, in substance, a request for the determination of factual questions by this court. This court's jurisdiction is confined to the determination of questions of law.   *Boardman* v. *Burlingame,* 123 Conn. 646, 654, 197 A. 761; *Styles* v. *Tyler,* 64 Conn. 432, 442, 30 A. 165.

(2)   A review of the order of temporary injunction as a matter of law would amount to entertaining an appeal from an order which is not a final judgment.   *Devine Bros., Inc.* v. *International Brotherhood,* 145 Conn. 77, 80, 139 A.2d 60.

*Aaron Ment,* in support of the petition.